**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court **DENIES** appellant's August 25, 2014 second pro se motion for change of venue and appointment of new counsel. *See Buntion v. Harmon*, 827 S.W.2d 945 (Tex. Crim. App. 1992); *Sampson v. State*, 854 S.W.2d 659 (Tex. App.–Dallas 1992, no pet.).

We again remind appellant that his pro se response to the *Anders* brief filed by counsel is due by October 1, 2014. If the response is not received by that date, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Michael Mowla and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Senrick Wilkerson, TDCJ No. 1885146, Ramsey I Unit, 1100 F.M. 655, Rosharon, Texas 77583.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE